

# DISTRICT COURT OF MARYLAND

Case 1:09-cv-02790-RDB Document 4 Filed 10/23/09 Page 1 of 9 DC/CV1(Rev. 10/2003)

| LOCATED AT (COURT ADDRESS) | COMPLAINT ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000 |
|---|---|
| 120 E. Chesapeake Avenue<br>Towson, MD 21286 | Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue. |

CASE NO.

The particulars of this case are:

1. Plaintiff, through counsel sues the Defendant(s) for $15,198.12, being the balance due and owing by Defendant(s) to Plaintiff for merchandise sold and delivered and/or services rendered and/or credit extended upon presentation by Defendant(s) to Plaintiff of a credit card issued by Plaintiff to Defendant(s).

**PLAINTIFF:**
FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, N.A.
275 S. Valencia Avenue,
Brea CA 92823
Our File No. R47989

2. Throughout the time Plaintiff transacted business with Defendant, Plaintiff regularly mailed and/or delivered numerous statements of account to Defendant at Defendant's primary residence and/or place of business. Attached hereto as exhibits, and incorporated herein by reference, are true copies of the Statements of Account mailed by the Plaintiff to the Defendant. Defendant never objected to the statements of account nor have they been returned or paid. There has been established an account stated between Plaintiff and Defendant in the amount of $15,198.12.

| DEFENDANT(S): | |
|---|---|
| 1  JASON OSTENDORF<br>9210 Appleford Circle Apt#315<br>Owings Mills MD 21117<br>Or serve at: | Serve by<br>☐ Certified Mail<br>☒ Private Process<br>☐ Constable<br>☐ Sheriff |

3. Despite demand, Defendant(s) refuse(s) and continues to refuse payment thereon.

| 2<br>2009 MAR 19 A 12:18<br>RECEIVED 8-4 E<br>SUPPORT SERVICES | Serve by<br>☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |
|---|---|
| 3 | Serve by<br>☐ Certified Mail<br>☐ Private Process<br>☐ Constable<br>☐ Sheriff |
| 4 | |

(See Continuation Sheet)

The Plaintiff claims:
☒ **$15,198.12** plus interest of **$.00** and attorney's fees of **$.00** plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other:
and demands judgment for relief.

*Mitchell Rubenstein* (signature)

Signature of Plaintiff/Attorney

Mitchell Rubenstein, MD#1245, D
Telephone Number: (240) 386-0550, fax (240) 386-0576
Our File No. R47989

For Plaintiff - Name, Address & Telephone No.
Mitchell Rubenstein, MD#1245, D
Rubenstein, Cogan & Revesman, P.C.
12 South Summit Avenue, Suite 250
Gaithersburg, Maryland 2087

---

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

There are attached the documents indicated which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☒ Properly authenticated copy of any note, security agreement upon which claim is based. Itemized statement of account ☒ Interest work sheet
☐ Vouchers  ☐ Check  ☐ Other written document  ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☒ _____ of the Plaintiff herein and am competent to testify to
(Title or Position)
the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☒ THAT the above stated facts are true and the documents hereto are genuine.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Servicemembers Relief Act of 2003 with amendments, nor has been in such service within thirty days hereof.

January 20, 2009 _____ SEE ATTACHED

P16-B R47989

## IN THE DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY
120 E. Chesapeake Avenue, Towson, MD 21286

FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, N.A.

    Plaintiff

    v.                                                                                          Case No.:

JASON OSTENDORF

    Defendant(s)

## INTEREST WORKSHEET

| | |
|---|---:|
| UNPAID PRINCIPAL BALANCE | $15,198.12 |
| ACCRUED INTEREST AT 0 percent | |
| per annum from TO January 20, 2009 | $.00 |

to date of judgment and thereafter at 0 percent per annum until paid.

| | |
|---:|---:|
| TOTAL | **$15,198.12** |
| COURT COSTS | $.00 |
| Less Credits | - ($.00) |
| ATTORNEY FEES (IF APPLICABLE) | $.00 |

R47989

R47989

## IN THE DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY

FIA CARD SERVICES, N.A. FKA BANK OF AMERICA

    Plaintiff

v.                                                                  Case No.:

JASON OSTENDORF

    Defendant(s)

### AFFIDAVIT IN SUPPORT OF JUDGMENT

I HEREBY CERTIFY that:

I am the __Authorized Agent__ (Title) of the Plaintiff herein and am competent to testify to the matters stated herein, which are made on my personal knowledge and are true.

That there is justly due and owing by the Defendant(s) to the Plaintiff the sum set forth in the Complaint.

That the Plaintiff entered into a credit card agreement with Defendant(s) as fully set forth in accompanying documents and statements, which remain unpaid.

That the Defendant(s) is/are not now in the military service, as defined in the Servicemembers' Civil Relief Act with amendments, nor have been in such service within thirty days hereof.

I do solemnly declare and affirm under the penalties of perjury that the contents of the Complaint herein are true and I am competent to testify to these matters.

                                      FIA CARD SERVICES, N.A. FKA BANK OF AMERICA

By: _[signature]_

Print Name: _Christie McElrath_

Title: _Authorized Agent_

SUBSCRIBED AND SWORN to before me this _30_ day of _December_, 200_8_.

_[signature]_
Notary Public

My commission expires: _2/25/11_

File No.: 4626
Reference No.: 08333520

[Notary seal: DIANE S. PETERSEN, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES FEB. 25, 2011]

# FIA CARD SERVICES, N.A.

JASON OSTENDORF
9210 APPLEFORD CIRCLE APT 423
OWINGS MILLS MD 21117

| ACCOUNT NUMBER | BALANCE AS OF | PAYMENT DUE DATE | MINIMUM PAYMENT | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 4626 | December 5, 2008 | PAST DUE | $15,198.12 | $ <br> Make Checks Payable to Bank of America, N.A. (USA) |

**MESSAGE FROM BANK OF AMERICA, N.A. (USA)**

YOUR ACCOUNT WITH FIA CARD SERVICES, N.A. IS PAST DUE $15,198.12. THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT. THE PAST DUE AMOUNT INCLUDES THE ORIGINAL PRINCIPAL BALANCE OF $15,198.12. PLEASE REMIT IMMEDIATELY. IF YOU HAVE ALREADY SENT A PAYMENT FOR THE ABOVE AMOUNT, THANK YOU.

**LAW OFFICE OF JASON OSTENDORF LLC**
TRIAL AND LITIGATION

ONE CORPORATE CENTER
SUITE 400
10451 MILL RUN CIRCLE
BALTIMORE, MARYLAND
21117-5594



endicia.com          071V00607086

Michael P. Vach, Clerk
District Court for Baltimore County
120 East Chesapeake Avenue
Towson, MD  21286-5335

21286+5335  C042



| **DISTRICT COURT OF MARYLAND** | DC/CV1(Rev. 10/2003) |
|---|---|
| LOCATED AT (COURT ADDRESS) 120 E. Chesapeake Avenue Towson, MD 21286 | |

| CASE NO. |
|---|
| |

**COMPLAINT** ☐ $2,500 or under ☐ over $5,000 ☒ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue.

The particulars of this case are:

1. Plaintiff, through counsel sues the Defendant(s) for $15,198.12, being the balance due and owing by Defendant(s) to Plaintiff for merchandise sold and delivered and/or services rendered and/or credit extended upon presentation by Defendant(s) to Plaintiff of a credit card issued by Plaintiff to Defendant(s).

2. Throughout the time Plaintiff transacted business with Defendant, Plaintiff regularly mailed and/or delivered numerous statements of account to Defendant at Defendant's primary residence and/or place of business. Attached hereto as exhibits, and incorporated herein by reference, are true copies of the Statements of Account mailed by the Plaintiff to the Defendant. Defendant never objected to the statements of account nor have they been returned or paid. There has been established an account stated between Plaintiff and Defendant in the amount of $15,198.12.

3. Despite demand, Defendant(s) refuse(s) and continues to refuse payment thereon.

**PLAINTIFF:**
FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, N.A.
275 S. Valencia Avenue,
Brea CA 92823
Our File No. R47989

**DEFENDANT(S):**

1. JASON OSTENDORF
9210 Appleford Circle Apt#315
Owings Mills MD 21117
Or serve at:
Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

2. 
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3. 
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4. 

(See Continuation Sheet)
The Plaintiff claims:
☒ **$15,198.12** plus interest of **$.00** and attorney's fees of **$.00** plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

_Mitchell Rubenstein_ (signature)
Signature of Plaintiff/Attorney

For Plaintiff - Name, Address & Telephone No.
Mitchell Rubenstein, MD#1245, D
Rubenstein, Cogan & Revesman, P.C.
12 South Summit Avenue, Suite 250
Gaithersburg, Maryland 2087

Mitchell Rubenstein, MD#1245, D
Telephone Number: (240) 386-0550, fax (240) 386-0576
Our File No. R47989

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

There are attached the documents indicated which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☒ Properly authenticated copy of any note, security agreement upon which claim is based. Itemized statement of account ☒Interest work sheet
☐Vouchers ☐Check ☐Other written document ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☒ _____ of the Plaintiff herein and am competent to testify to
(Title or Position)
the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☒ THAT the above stated facts are true and the documents hereto are genuine.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Servicemembers Relief Act of 2003 with amendments, nor has been in such service within thirty days hereof.

January 20, 2009                    **SEE ATTACHED**

P16-B R47989

## IN THE DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY
120 E. Chesapeake Avenue, Towson, MD 21286

FIA CARD SERVICES, N.A., f/k/a BANK OF AMERICA, N.A.

    Plaintiff

    v.                                                                        Case No.:

JASON OSTENDORF

    Defendant(s)

## INTEREST WORKSHEET

| | |
|---|---:|
| UNPAID PRINCIPAL BALANCE | $15,198.12 |
| ACCRUED INTEREST AT 0 percent | |
| per annum from TO January 20, 2009 | $.00 |

to date of judgment and thereafter at 0 percent per annum until paid.

| | |
|---:|---:|
| TOTAL | **$15,198.12** |
| COURT COSTS | $.00 |
| Less Credits | - ($.00) |
| ATTORNEY FEES (IF APPLICABLE) | $.00 |

R47989

R47989

IN THE DISTRICT COURT OF MARYLAND FOR BALTIMORE COUNTY

FIA CARD SERVICES, N.A. FKA BANK OF AMERICA

    Plaintiff

v.                                                     Case No.:

JASON OSTENDORF

    Defendant(s)

### AFFIDAVIT IN SUPPORT OF JUDGMENT

I HEREBY CERTIFY that:

    I am the _Authorized Agent_ (Title) of the Plaintiff herein and am competent to testify to the matters stated herein, which are made on my personal knowledge and are true.

    That there is justly due and owing by the Defendant(s) to the Plaintiff the sum set forth in the Complaint.

    That the Plaintiff entered into a credit card agreement with Defendant(s) as fully set forth in accompanying documents and statements, which remain unpaid.

    That the Defendant(s) is/are not now in the military service, as defined in the Servicemembers' Civil Relief Act with amendments, nor have been in such service within thirty days hereof.

    I do solemnly declare and affirm under the penalties of perjury that the contents of the Complaint herein are true and I am competent to testify to these matters.

                                                  FIA CARD SERVICES, N.A. FKA BANK OF AMERICA

                              By: _[signature]_

                       Print Name: _Christie McElrath_

                           Title: _Authorized Agent_

SUBSCRIBED AND SWORN to before me this _30_ day of _December_, 200_8_.

                                       _Diane S. Petersen_
                                       Notary Public

My commission expires: _2/25/11_

[Seal: DIANE S. PETERSEN / NOTARY PUBLIC / COBB COUNTY / GEORGIA / EXPIRES FEB. 25, 2011]

File No.:       4626
Reference No.: 08333520

# FIA CARD SERVICES, N.A.

JASON OSTENDORF
9210 APPLEFORD CIRCLE APT 423
OWINGS MILLS MD 21117

| ACCOUNT NUMBER | BALANCE AS OF | PAYMENT DUE DATE | MINIMUM PAYMENT | PAYMENT ENCLOSED |
|---|---|---|---|---|
| 4626 | December 5, 2008 | PAST DUE | $15,198.12 | $ |

Make Checks Payable
to Bank of America, N.A. (USA)

**MESSAGE FROM BANK OF AMERICA, N.A. (USA)**

YOUR ACCOUNT WITH FIA CARD SERVICES, N.A. IS PAST DUE $15,198.12. THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT. THE PAST DUE AMOUNT INCLUDES THE ORIGINAL PRINCIPAL BALANCE OF $15,198.12. PLEASE REMIT IMMEDIATELY. IF YOU HAVE ALREADY SENT A PAYMENT FOR THE ABOVE AMOUNT, THANK YOU.